[No. 12373–4–I. Division One. August 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN KENARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1–01155–6, Liem E. Tuai, J., entered October 20, 1982. *Dismissed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Swanson, J.

[No. 11761–1–I. Division One. August 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. TUMUA MATAU TOIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1–03792–1, James D. McCutcheon, Jr., J., entered May 4, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.

[No. 11885–4–I. Division One. August 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EDMUND SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1–00198–4, Daniel T. Kershner, J., entered September 30, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.